UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JESSIE FLETES-FIERROS (1),

        Defendant.

CASE NO. 11CR3822-MMA

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) on the Information of:

21:841(a)(1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/18/11

LOUISA S PORTER
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____